**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**RONALD DWAYNE BIBB,**

    **Plaintiff,**

v.

                                                  **Case No. 2:20-cv-6541
Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth P. Deavers**

**MALEK AND MALEK,** *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on February 12, 2021. (ECF No. 9.) The time for filing objections has passed and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. (ECF No. 9.) For the reasons set forth in the Report and Recommendation, Plaintiff's claims are **DISMISSED**. The Clerk is **DIRECTED** to close this case.

    **IT IS SO ORDERED.**

**4/13/2021**                                                   **s/Edmund A. Sargus, Jr.**
**DATE**                                                      **EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**